IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JASON FEIN, et al., on behalf of himself and all similarly situated individuals,

              Plaintiffs,

v.

CITY OF BENICIA,

              Defendant.

Case No. 2:16-cv-01461-MCE-CKD

**ORDER GRANTING STIPULATION TO REQUEST EXTENSION OF DISCOVERY CUTOFF FOR GOOD CAUSE**

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the fact discovery cutoff date is CONTINUED five months to November 27, 2017 and all other dates in the scheduling order be adjusted accordingly.

IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE