DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
IAN B. SANGSTER, ESQ. (287963)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs


Clint Robison, ESQ. (SBN 158834)
Vickie V. Grasu, ESQ. (SBN 224278)
**LECLAIR RYAN**
725 S. Figueroa Street, Suite 350
Los Angeles, California 90017
Telephone: (213) 337-3223
Facsimile: (213) 624-3755

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FEIN, et al., on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BENICIA,<br><br>Defendant. | Case No. 2:16-cv-01461-MCE-CKD<br><br>**STIPULATION AND ORDER APPROVING NOTICE TO PUTATIVE COLLECTIVE ACTION MEMBERS** |

      On September 1, 2017 the Court issued an Order granting Plaintiff's Renewed Motion for Conditional Certification and Facilitated Notice. (Dkt. No. 27, p. 6.) The parties were ordered to submit a joint proposal for notice to the class, or separate statements as to why no such joint proposal could be reached, within thirty (30) days of the Order. Thereafter, the parties met and conferred, and now stipulate as follows:

1. The proposed Notice to putative collective action class members, attached hereto as Exhibit A, is fair, accurate and reasonable.

2. Within fourteen (14) days from the date the Court approves this Stipulation, Defendant shall distribute the Notice attached hereto as Exhibit A to all current or former employees of the City of Benicia who have worked overtime and received cash payments in lieu of health care benefits within the same pay period at any time since June 27, 2013, and provide proof of distribution of the Notice to Plaintiff's counsel upon request.

Dated: September 29, 2017    **MASTAGNI HOLSTEDT, APC**

By: *Ian B. Sangster*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
IAN B. SANGSTER, ESQ.
Attorneys for Plaintiffs

Dated: September 29, 2017    **LECLAIR RYAN, LLP**

By: *Vickie V. Grasu*
CLINT ROBISON, ESQ.
VICKIE V. GRASU, ESQ.
Attorneys for Defendant

**ORDER**

Based on the above stipulation, IT IS HEREBY ORDERED THAT:

1. The proposed Notice to putative collective action class members, attached hereto as Exhibit A, is fair, accurate and reasonable.

2. Within fourteen (14) days from the date of this Order, Defendant shall distribute the Notice attached hereto as Exhibit A to all current or former employees of the City of Benicia who have worked overtime and received cash payments in lieu of health care benefits within the same pay period at any time since June 27, 2013, and provide proof of distribution of the Notice to Plaintiff's counsel upon request.

IT IS SO ORDERED.

Dated: October 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE