IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JASON FEIN, et al., on behalf of himself and all similarly situated individuals,

               Plaintiffs,

v.

CITY OF BENICIA,

               Defendant.

Case No. 2:16-cv-01461-MCE-CKD

**ORDER GRANTING JOINT STIPULATION TO REQUEST EXTENSION OF FACT DISCOVERY CUTOFF FOR GOOD CAUSE**

Based on the parties' stipulation and for good cause shown, it is hereby ordered that:

1. The fact discovery cutoff date be continued until March 27, 2017 and all other dates in the scheduling order be adjusted accordingly.

IT IS SO ORDERED.

Dated: November 7, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE