IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FEIN, et al., on behalf of himself and all similarly situated individuals,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>CITY OF BENICIA,<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-01461-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST EXTENSION OF FACT DISCOVERY CUTOFF FOR GOOD CAUSE** |

Pursuant to the stipulation of the parties and good cause having been shown, it is hereby ordered that the fact discovery cutoff date is continued until June 27, 2018 and all other dates in the scheduling order shall be adjusted accordingly.

IT IS SO ORDERED.

Dated: March 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE