IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FEIN, et al., on behalf of himself and all similarly situated individuals,<br><br>          Plaintiffs,<br>v.<br><br>CITY OF BENICIA,<br><br>          Defendant. | Case No. 2:16-cv-01461-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW LISA KRIMSKY TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF FOR GOOD CAUSE** |

Based on the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Good cause exists to allow Lisa Krimsky to join this action as a collective action member. Plaintiffs' counsel shall file her Consent to be Included as an Individual Plaintiff.

IT IS SO ORDERED.

Dated: March 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE